#17-00551 Larry Eugene Eisenhart
Creditor's as of 3/6/17

PNC Mortgage (PO Box 1820, Dayton OH 45401-1820) 179,897.00

Citi Bank (PO Box 790110, St. Louis, MO 63179-0110) 71,065.48

Capitol One (B 30285, Salt Lake City, UTAH 84130-0285) 982.97

251,945.45

2017 MAR -7 AM 11:08
U.S. BANKRUPTCY COURT